IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )           2:20cr219-MHT
                            )               (WO)
PARKER CLAY SMILIE          )
```

## SUPPLEMENTAL ORDER ON SPECIAL CONDITIONS OF SUPERVISED RELEASE

In accordance with the provisions in the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Within 45 days, arrange for defendant Parker Clay Smilie to participate in a psychiatric consultation to determine the appropriateness of antidepressant medication or other mental-health treatment, as recommended by Dr. Lauren Kois's January 2022 mental-health evaluation (Doc. 56-1), and arrange for him to receive any recommended treatment as soon as possible thereafter.

(2) Arrange for defendant Smilie to participate in a substance-abuse treatment program, as recommended by

Dr. Kois (Doc. 56-1). This substance-abuse treatment may include participation in a residential treatment program or, if defendant Smilie does not qualify for residential treatment upon commencement of his supervised release, a halfway house or similar program.

(3) Within 60 days, file a report under seal with the court on the results of the psychiatric consultation, including any records obtained, and on the mental-health and substance-abuse treatment defendant Smilie is receiving.

It is further ORDERED that, prior to the psychiatric consultation, any substance-abuse evaluation for admission to a substance-abuse treatment program, and the commencement of treatment, the probation department shall provide each evaluator or treatment provider(s) with a copy of the report of Dr. Kois (Doc. 56-1).

DONE, this the 20th day of April, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE